JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 707 -- IN RE HIGHWAY ACCIDENT IN ST. AUGUSTINE, FLORIDA, ON APRIL 9, 1983

| Date | Ref. | Pleading Description |
|---|---|---|
| 86/08/20 | 1 | MOTION, MEMORANDUM, SCHEDULE, AFFIDAVIT AND CERT. OF SVC. -- Plaintiffs Maxim Dudzinski, et al. -- SUGGESTED TRANSFEREE DISTRICT; -- E.D. District of New York -- SUGGESTED TRANSFEREE JUDGE. (tmq) |
| 86/08/26 | 2 | REQUEST FOR EXTENSION OF TIME -- deft. Timpte, Inc., Timpte Industries, Inc., etc. -- GRANTED TO TIMPTE ONLY TO AND INCLUDING OCTOBER 1, 1986 (cds) |
| 86/08/29 | | APPEARANCES: Juron & Minzner, P.C. for MAXIM DUDSINSKI, ET AL.; John C. Mott, Esq. for TIMPTE, INC. D/B/A; Donald F. Ayers, Esquire for RTC TRANSPORTATION INC., AND JOHNNY RUTH; Arnold D. Roseman, Esquire for VICTORIA I. PAZ. (tmq) |
| 86/09/03 | | APPEARANCES: LaFond and Evangelisti for VICTORIA I. PAZ.(tmq) |
| 86/09/22 | 3 | REQUEST (second) FOR EXTENSION OF TIME -- deft. Timpte, Inc., Timpte Industries, Inc., etc. -- GRANTED TO TIMPTE ONLY TO AND INCLUDING OCTOBER 27, 1986 -- Notified involved counsel (cds) |
| 86/10/17 | | HEARING ORDER -- Setting motion to transfer A-1 throug A-4 for Panel hearing in Louisville, Kentucky on November 20, 1986 (cds) |
| 86/10/27 | 4 | RESPONSE(to pldg.#1) -- Defts. Timpte, Inc., Timpte Industries, Inc., d/b/a Denver Van Assembly Co., Inc. -- w/cert. of svc. (tmq) |
| 86/11/19 | | APPEARANCES FOR HEARING -- Louisville, Kentucky on November 20, 1986 -- Reed L. Winbourn, Esq. for Timpte, Inc., Timpte Industries, Inc. d/b/a Denver Van Assenbly Co., Inc.; Arnold D. Roseman, Esq. for Victoria I. Paz. (paa) |
| 86/11/19 | | WAIVER OF ORAL ARGUMENT on November 20, 1986 in Louisville, Kentucky -- Marc B. Juron, Esq. for Maxim Dudzinski, Robert Cendrowski & Anthony Bonislawski. (paa) |
| 86/11/25 | | ORDER DENYING TRANSFER FILED TODAY -- of litigation pursuant to 28 U.S.C. §1407 -- Notified involved COUNSEL, MISC., RECIPIENTS, CLERKS & JUDGES. (paa) |

JPML Form 1

Revised: 8/78

DOCKET NO. 707 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE HIGHWAY ACCIDENT IN ST. AUGUSTINE, FLORIDA, ON APRIL 9, 1983

## SUMMARY OF LITIGATION

| Hearing Dates November 20, 1986 | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 11/25/86 | MO | Unpublished | | | |

### Special Transferee Information

DATE CLOSED: November 25, 1986

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 707 -- IN RE HIGHWAY ACCIDENT IN ST. AUGUSTINE, FLORIDA, ON APRIL 9, 1983

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| ✓A-1 | Maxim Dudzinski, et al. v. RTC Transportation, Inc., et al. | N.Y.,E. Bartels | 83-Civ-3056 | | | | |
| A-2 | Victoria I. Paz v. RTC Transportation, Inc., et al. | N.Y.,E. Bartels | 83-Civ-4005 | | | | |
| ✓A-3 | Victoria I. Paz v. Timpte, Inc., etc. d/b/a | Colo. Kane | 86-K-648 | | | | |
| A-4 | Maxim Dudzinski, et al. v. Timpte, Inc. d/b/a etc. | Colo. Kane | 86-K-649 | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 707 -- IN RE HIGHWAY ACCIDENT IN ST. AUGUSTINE, FLORIDA, ON APRIL 9, 1983

MAXIM DUDSINSKI, ET AL. (A-1,1-4)
Juron and Minzner, P.C.
1450 Broadway
New York, New York 10018

VICTORIA I. PAZ (A-2, 3)
LaFond and Evangelisti
1756 Gilpin Street
Denver, Colorado 80218


TIMPTE, INC. D/B/A DENVER VAN
   ASSEMBLY CO., INC.
John C. Mott, Esquire
300 South Jackson Street
Suite 570
Denver, Colorado 80209

RTC TRANSPORTATION INC.,
AND JOHNNY RUTH
Donald F. Ayers, Esquire
15 Maiden Lane
New York, New York 10038-4086

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 707 -- IN RE HIGHWAY ACCIDENT IN ST. AUGUSTINE, FLORIDA, ON APRIL 9, 1983

| Name of Party | Named as Party in Following Actions |
|---|---|
| RTC TRANSPORTATION INC. ✓ | A-1, A-2, |
| JOHNNY RUTH ✓ | |
| TIMPTE INDUSTRIES, INC. ✓ DBA/DENVER VAN ASSEMBLY CO., INC. | A-3, A-4, |
| | |
| | |
| | |
| | |
| | |
| | |
| | |