FILED

NOV 25 1983

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 707

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE HIGHWAY ACCIDENT IN ST. AUGUSTINE, FLORIDA, ON APRIL 9, 1983

ORDER DENYING TRANSFER*

This litigation consists of four actions pending in two federal districts: two actions each in the Eastern District of New York and District of Colorado. Before the Panel is a motion, pursuant to 28 U.S.C. §1407, by the plaintiffs in one New York and one Colorado action to transfer the Colorado actions to the Eastern District of New York for coordinated or consolidated pretrial proceedings with the actions pending there. The Colorado defendants oppose transfer.

The Panel ruled from the bench that centralization of these actions would not serve the convenience of the parties and witnesses or further the just and efficient conduct of this litigation.

IT IS THEREFORE ORDERED that the motion, pursuant to 28 U.S.C. §1407, to centralize the actions listed on the attached Schedule A be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

* Judge Louis H. Pollak took no part in the decision of this matter.

SCHEDULE A

MDL-707 -- In re Highway Accident in St. Augustine, Florida, on
          April 9, 1983

          District of Colorado

Victoria I. Paz v. Timpte, Inc., etc., C.A. No.
     86-K-648
Maxim Dudzinski, et al. v. Timpte, Inc., etc., C.A. No.
     86-K-649

          Eastern District of New York

Maxim Dudzinski, et al. v. RTC Transportation, Inc., et al.,
     C.A. No. 83-Civ-3056
Victoria I. Paz v. RTC Transportation, Inc., et al., C.A. No.
     83-Civ-4005